# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Amelina E. Martinez, *Plaintiff,* | § § § | |
| v. | § § | Civil Action H-22-288 |
| Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, *Defendant.* | § § § § | |

## ORDER OF ADOPTION

On January 27, 2023, Magistrate Judge Peter Bray recommended that Amelina Martinez's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. ECF No. 14. Plaintiff filed objections. ECF No. 15. Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed at Houston, Texas, on February 13, 2023.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE